UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-2001-JAK (JEM) | Date | November 5, 2020 |
|---|---|---|---|
| Title | Jamal R. Beasley v. Peter D'Andrea, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause in writing no later than **November 20, 2020**, why this action should not be dismissed for lack of prosecution based on Plaintiff's failure to provide the Court with a summons, which must be issued by the Clerk in order to effectuate service.

The Court will consider the following to be an appropriate response to this OSC, on or before the above date:

◘   Plaintiff shall provide the Court with a summons to be issued by the Clerk; or

◘   Plaintiff shall file a written explanation of why he has failed to provide the Court with a summons

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

cc: Parties

:
Initials of Preparer         slo