UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL R. BEASLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PETER D'ANDREA, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. 5:20-CV-2001-JAK (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: July 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JOHN A. KRONSTADT
United States District Judge